Case: 1:09cv681

ed-george
General Post-Office
Kearny, NJ 07032

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

OCT 02 2009

LAWRENCE K. BAERMAN, CLERK
ALBANY

---------------------------------------------------------

MIME-Version:1.0
From:ecf.notification@nynd.uscourts.gov
To:NYND_ECFQC@nynd.uscourts.gov
Bcc:
Message-Id:<1596588@nynd.uscourts.gov>
Subject:Activity in Case 1:09-cv-00681-GTS-DRH The People of the State of New York et al v. Parenteau et al Electronic Notice and Certification to USCA of Appeal
Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.'

## U.S. District Court

### Northern District of New York - Main Office (Syracuse) [LIVE - Version 3.2.2]

**Notice of Electronic Filing**

The following transaction was entered on 9/21/2009 at 1:55 PM EDT and filed on 9/21/2009

| | |
|---|---|
| **Case Name:** | The People of the State of New York et al v. Parenteau et al |
| **Case Number:** | 1:09-cv-681 |
| **Filer:** | |

**WARNING: CASE CLOSED on 07/28/2009**

**Document Number:**   22

**Docket Text:**
ELECTRONIC NOTICE AND CERTIFICATION sent to US Court of Appeals re [21] Notice of Appeal (sg )

**1:09-cv-681 Notice has been electronically mailed to:**
**1:09-cv-681 Notice has been delivered by other means to:**
ed-george
General Post-Office
Kearny, NJ 07032
Ed Parenteau
General Post-Office
Kearny, NJ 07032

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1051896954 [Date=9/21/2009] [FileNumber=1596586-0
] [99ec4d56b73692f6b1c2eacad6b11530ed152da1fe48d400abe501f37cdd77c2faa
9f86d27ff15c32e9d15eb8c60e21bcbd8d5fcafc9843807b41d577f715be6]]

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

## ELECTRONIC NOTICE OF CIVIL OR PRISONER APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

    Please take notice that on 9/17/09 the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

    I, LAWRENCE K. BAERMAN, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that all docket entries for case number 1:09-CV-681, with the exception of the documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

    The following documents *are not* available electronically in the Albany Clerk's Office. Please notify our office if you need any of the following documents:

**ALL DOCUMENTS FILED IN THIS CASE ARE AVAILABLE ON THE ELECTRONIC CASE DOCKET**

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Albany, New York, this 21st day of September, 2009.

Lawrence K. Baerman, Clerk
U.S. District Court
By:    S.Gunter, Deputy Clerk

### Case Information

| | |
|---|---|
| Case Name & Case No. | The People of the State of NY, et al. v. Ed Parenteau, et al. |
| Docket No. of Appeal: | 21 |
| Document Appealed: | Text Order dated 9/4/09 |

Fee Status:  Paid ___    Due _X_    Waived (IFP/CJA)___
              IFP revoked ___    Application Attached ___    IFP pending before USDJ ___

Counsel:    Retained ___    Pro Se _X_

Time Status:  Timely _X_    Untimely___

Motion for Extension of Time:    Granted ___  Denied ___

Certificate of Appealability:    Granted ___  Denied ___  N/A _X_



**CLERK, U.S. DISTRICT COURT**
JAMES T. FOLEY U.S. COURTHOUSE
445 BROADWAY - ROOM 509
ALBANY, NEW YORK 12207-2936

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

Return to the sender. Not deliverable as address no such person exists, general post-office jurisdiction requires american postage stamps from the post-office. This is in violation of United States Code Title 18 Section 1341 mail fraud.

U.S. DISTRICT COURT
N.D. OF N.Y.
RECEIVED
OCT 02 2009
LAWRENCE K. BAERMAN, CLERK
ALBANY

017H15504005
HASLER
$0.44₀
09/21/2009
Mailed From 12207
US POSTAGE